*Timothy J. Sugrue,* senior assistant state's attorney, in opposition.

Decided October 27, 2010

## 107 LONGSHORE LANE, LLC *v.* INLAND WETLANDS AGENCY OF THE TOWN OF MADISON ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 124 Conn. App. 50 (AC 30851), is denied.

*Thomas E. Crosby,* in support of the petition.

*Robert A. Fuller* and *Michael A. Zizka,* in opposition.

Decided October 27, 2010

## IN RE JUSTIN F.

## IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court (AC 32350) is denied.

*Anthony L.,* pro se, and *Kimberly L.,* pro se, in support of the petition.

Decided October 27, 2010

## IN RE JUSTIN F.

## IN RE HAILEE L.

The petition by the respondent parents for certification for appeal from the Appellate Court is dismissed.